JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   George Vasilescu              | Case No.  CV 16-04747-AB (SKx)
12              Plaintiff,          | ORDER DISMISSING CIVIL ACTION
13   v.
14   Aetna Life Insurance Company et al
15              Defendants.
16
17
18       THE COURT having been advised by counsel that the above-entitled action has
19   been settled;
20       IT IS THEREFORE ORDERED that this action is hereby dismissed without
21   costs and without prejudice to the right, upon good cause shown within  __60__ days,
22   to re-open the action if settlement is not consummated.   This Court retains full
23   jurisdiction over this action and this Order shall not prejudice any party to this action.
24
25   Dated:  December 8, 2016       _____
26                                  ANDRÉ BIROTTE JR.
27                                  UNITED STATES DISTRICT JUDGE
28

1.